1  H. LARRY ELAM III (State Bar No. 178836)
   LAW OFFICE OF H. LARRY ELAM III
2  2977 Ygnacio Valley Road, #267
   Walnut Creek, CA  94598
3  Telephone:  (925) 465-5151
   Facsimile:  (925) 465-5152
4  E-mail:  larry@elamfirm.com

5  Attorneys for Plaintiff WAYNE WINCHESTER

6  KARIN M. COGBILL (State Bar No. 244606)
7  MEGAN E. OTTOBONI (State Bar No. 275954)
   LITTLER MENDELSON, P.C.
8  50 W. San Fernando, 15th Floor
   San Jose, California  95113
9  Telephone:  (408) 998-4150
   Facsimile:  (408) 288-5686
10 E-mail:  kcogbill@littler.com
   E-mail:  mottoboni@littler.com
11
   Attorneys for Defendant FPR II, dba LEADPOINT
12 BUSINESS SERVICES

13

14                 IN THE UNITED STATES DISTRICT COURT FOR THE

15                          NORTHERN DISTRICT OF CALIFORNIA

16                                    SAN JOSE DIVISION

17 | WAYNE WINCHESTER,                        | Case No. 5:15-CV-01860-EJD
18 |                                          |
   |           PLAINTIFF,                     | [PROPOSED] ORDER PERMITTING
19 |      v.                                  | THE TAKING OF DEPOSITION OF
   |                                          | PLAINTIFF WAYNE WINCHESTER
20 | FPR II, LLC dba LEADPOINT BUSINESS       | IN JAIL
   | SERVICES,                                |
21 |                                          | Discovery Cutoff:  February 26, 2016
22 |           DEFENDANT.                     |
   |                                          | Trial Date: February 7, 2017
23
24
25
26
27
28

                                              1
                          [PROPOSED] PERMITTING DEPOSITION IN JAIL

1  The Court, having read the Stipulation Permitting the Deposition of Plaintiff Wayne
2  Winchester in Jail filed by Plaintiff Wayne Winchester ("Plaintiff") and Defendant FPR II, LLC
3  dba Leadpoint Business Services ("Leadpoint"), the record before it, and good cause appearing,
4  IT IS HEREBY ORDERED that the Defendant shall take Plaintiff's deposition at the
5  Santa Rita Jail in Dublin, California (or whichever facility where Plaintiff is located at the time
6  of the deposition).  The Parties shall work with the Alameda County Sheriff to determine a
7  mutually convenient deposition date and time for the deposition, prior to the February 26, 2016
8  discovery cut-off.  The Defendant may take Plaintiff's deposition stenographically before a
9  certified court reporter, and by videotape.  Pursuant to Federal Rule of Civil Procedure 30(d)(1),
10 the deposition shall continue for up to seven (7) hours.  The Parties reserve all objections except
11 to the taking of the deposition of Plaintiff pursuant to Federal Rule of Civil Procedure
12 30(a)(2)(B).
13 IT IS SO ORDERED.

DATED: 2/1/2016

By: _____
EDWARD J. DAVILA
United States District Judge

Firmwide:137959663.1 077804.1008